IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WYNONA COLEMAN                                                                     PLAINTIFF

v.                                    CASE NO. 3:15CV00032 BSM

LINCOLN NATIONAL LIFE INSURANCE
COMPANY; LINCOLN NATIONAL
CORPORATION; and LINCOLN
FINANCIAL GROUP, INC.                                                            DEFENDANTS

## ORDER

Pursuant to plaintiff Wynona Coleman's notice of voluntary dismissal [Doc. No. 4], plaintiff's claims against defendants Lincoln National Corporation and Lincoln Financial Group, Inc., are hereby dismissed without prejudice.

IT IS SO ORDERED this 24th day of February 2015.

_____
UNITED STATES DISTRICT JUDGE