**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**WYNONA COLEMAN**                                                                                   **PLAINTIFF**

**v.**                                       **CASE NO. 3:15CV00032 BSM**

**LINCOLN NATIONAL LIFE INSURANCE**
**COMPANY**                                                                                   **DEFENDANT**

## <u>ORDER</u>

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 9], this case is hereby

dismissed with prejudice.  Each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED this 24th day of April 2015.

_____
UNITED STATES DISTRICT JUDGE