IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WYNONA COLEMAN**                                                               **PLAINTIFF**

**v.**           **CASE NO. 3:15CV00032 BSM**

**LINCOLN NATIONAL LIFE INSURANCE
COMPANY**                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of April 2015.

                                                                           _____
                                                               UNITED STATES DISTRICT JUDGE